*United States v. Timothy Jackson*

Case No. 3:10-CR-00232

**EXHIBIT A**



BANK OF AMERICA PLAZA
414 UNION STREET, SUITE 904 | NASHVILLE, TN 37219
OFFICE (615) 244-1110 | FAX (615) 244-1114 | BTFLAW.COM

January 11, 2012

**BY FACSIMILE AND U.S. MAIL**
202-514-8742 & 615-736-5121

David Sullivan
U.S. Department of Justice
Office of Consumer Litigation
450 5th Street NW
Suite 6400 South
Washington DC 20001

Ty E. Howard
Office of the United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203-3870

    RE:    **United States v. Timothy Jackson, Case No. 3:10-CR-00232**
            **Jury Trial Date: May 15, 2012 at 9:00 a.m.**
            **Additional Discovery Issue**

Dear Mr. Sullivan and Mr. Howard:

    Following a review of the United States' Second Omnibus Response, I was surprised by footnote 3 on page 5, wherein the government disclosed that as early as April 2008, Mr. Jackson faced potential criminal investigation and penalties. Footnote 3 indicates that the FTC met with Assistant United States Attorneys and Postal Inspectors. Moreover, it appears as though a file was opened pertaining to a criminal investigation at that time. It is my opinion that the details, participants, time and date of this meeting are relevant, material and potentially exculpatory given the issues raised in the pretrial motions. I would specifically request that you provide the defense with the following information:

1. The date of the meeting referenced in footnote 3 of the United States' Second Omnibus Response.

2. The persons present at the meeting.

3. Any and all documents generated at that meeting pertaining to the issue of Mr. Jackson's criminal liability and the decision that was made at that time about whether or not to pursue a criminal prosecution.

JODIE A. BELL
RICHARD TENNENT
PATRICK G. FROGGE
PAUL BRUNO
OF COUNSEL

Please let me know your position regarding the above requests. In the event that our efforts at settlement fail, we may need to subpoena persons present during the April 2008 meeting to the pretrial motion hearing. I am aware of the *Touhy* regulations and realize that issuing subpoenas for government agents may be a time consuming process.

Very truly yours,

*Jodie Bell*

JODIE A. BELL
Attorney at Law

JAB/jj
Cc: Timothy Jackson
William J. Steed, III