UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 3:10-CR-0232 |
| v. | ) | |
| | ) | |
| | ) | |
| TIMOTHY S. JACKSON | ) | |

## ORDER

The United States has moved, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, to dismiss this action against Timothy S. Jackson due to the defendant's death, which occurred on January 2, 2014.

The Court finds that the United States has offered specific and articulable facts, including a Certificate of Death and Autopsy Report, showing that Jackson is, in fact, deceased and can no longer face the charges found in the Superseding Indictment of June 13, 2012.

IT IS THEREFORE ORDERED, that on this, the 30th day of April, 2014, the Superseding Indictment dated June 13, 2012, and issued by a grand jury in the Middle District of Tennessee against Timothy S. Jackson, is dismissed.

William J. Haynes, Jr.
United States District Judge